◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

OMNIPOINT HOLDINGS, INC.

V.

THE CITY OF SOMERVILLE, THE ZONING
BOARD OF APPEALS OF THE CITY OF
SOMERVILLE, RICHARD J. DALEY,
MARY R. JEKA, HERBERT F. FOSTER,
ORSOLA S. FONTANO and MARLENE
SMITHERS in their capacities as
members of the Somerville Zoning
Board of Appeals

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-10713 JLT**

TO: (Name and address of Defendant)

    Orsola S. Fontano
    26 Mount Vernon Street
    Somerville, MA  02145

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    William A. Worth, Esq.
    PRINCE, LOBEL, GLOVSKY & TYE LLP
    585 Commercial Street
    Boston, MA  02109-1024
    (617) 456-8005

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                        4-9-04

CLERK                    DATE

(By) DEPUTY CLERK

I hereby certify and return that today, April 27, 2004, at 12:15 PM, I served a true and attested copy of the within Summons; Civil Cover Sheet; Category Sheet; and Complaint in this action upon the within named Orsola S. Fontano, by leaving said copies at 26 Mount Vernon Street, Somerville, MA 02145 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Orsola S. Fontano, at 26 Mount Vernon Street, Somerville, MA 02145.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 27, 2004.

**Dennis Mahoney,** Constable
& Disinterested Person over Age 18.

Service & Travel:$40.00

**Butler and Witten**
Boston, MA
(617) 325-6455