UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| OMNIPOINT HOLDINGS, INC, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF SOMERVILLE, THE ZONING BOARD OF APPEALS OF THE CITY OF SOMERVILLE, RICHARD J. DALEY, MARY R. JEKA, HERBERT F. FOSTER, ORSOLA S. FONTANO and MARLENE SMITHERS in their capacities as members of the Somerville Zoning Board of Appeals, <br><br> Defendants. | Civil Action No. 04-10713 JLT |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

The plaintiff Omnipoint Holdings, Inc. ("Omnipoint") and defendants The City of Somerville, The Zoning Board of Appeals of the City of Somerville, Richard J. Daley, Mary R. Jeka, Herbert F. Foster, Orsola S. Fontano and Marlene Smithers, in their capacities as members of the Somerville Zoning Board of Appeals (collectively referred to as "defendants"), hereby move this Honorable Court to continue the Scheduling Conference scheduled for December 7, 2004. In support of their Motion, the parties state as follows:

1) This is an action under the Federal Telecommunications Act of 1996, 47 U.S.C. § 332(c) and under the Civil Rights Act, 42 U.S.C. § 1983 arising from the defendants' denial of Omnipoint's application for a revision of a previously issued special permit to expand an existing wireless telecommunications service facility.

2)  Since the plaintiff filed this action, the parties have reached an agreement, in substance, with regard to the plaintiff's claims and are in the process of finalizing the details of the settlement. The parties expect to file with this Court an Agreement for Judgment with respect to the plaintiff's claims against the defendants.

3)  The parties request that the Conference be continued and that their obligations to file a Joint Statement be excused as they finalize the details of their settlement.

WHEREFORE, for the foregoing reasons, the parties respectfully request that their Joint Motion to Continue Scheduling Conference be allowed.

Respectfully submitted,

OMNIPOINT HOLDINGS, INC.

By its attorney,

William A. Worth, BBO #544086
Kristin M. Knuuttila, BBO #633828
PRINCE, LOBEL, GLOVSKY
& TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000


THE DEFENDANTS,
By their attorney,

Matthew J. Buckley, BBO #
Assistant City Solicitor
City of Somerville Law Department
93 Highland Avenue
Somerville, MA  02143

Date: November 30, 2004